## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dorothy Soland, Daniel Soland, Mark Ouimet, and Anna Ouimet | : : : | **CASES CONSOLIDATED** |
| v. | : : : | |
| Zoning Hearing Board of East Bradford Township and East Bradford Township Board of Supervisors and John Marshall and Dara Gans-Marshall | : : : : : : : | |
| East Bradford Township Board of Supervisors | : : : | |
| v. | : : : | |
| East Bradford Township Zoning Hearing Board and John Marshall and Dara Gans-Marshall | : : : : | |
| Appeal of: John Marshall and Dara Gans-Marshall | : : | No. 395 C.D. 2022 |
| Dorothy Soland, Daniel Soland, Mark Ouimet, and Anna Ouimet | : : : | |
| v. | : : : | |
| Zoning Hearing Board of East Bradford Township and East Bradford Township Board of Supervisors and John Marshall and Dara Gans-Marshall | : : : : : : : | |

Appeal of: John Marshall and : 
Dara Gans-Marshall : No. 990 C.D. 2022

**PER CURIAM** **O R D E R**

NOW, April 4, 2024, having considered Appellee East Bradford Township Board of Supervisors' application for reargument and Appellants' answer in response thereto, the application is DENIED.